**DISMISS; Opinion issued February 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01138-CV

**BLUEWATER INTERNATIONAL, INC., Appellant**

**V.**

**LUIS SANTANA AND ERNESTO NARAVEZ-PLACENCIA, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-12092**

## MEMORANDUM OPINION
Before Chief Justice Wright, and Justices Lang-Miers and Lewis
Opinion by Chief Justice Wright

By letter dated August 17, 2012 we notified appellant the $175 filing fee was due. We cautioned appellant that failure to pay the filing fee within ten days would result in the dismissal of this appeal. Also by letter dated August 17, 2012, we notified appellant it had not filed a docketing statement. We directed appellant to file a docketing statement within ten days. We cautioned appellant that failure to do so might result in the dismissal of this appeal. To date, appellant has not paid the filing fee, filed a docketing statement, or otherwise corresponded with the Court regarding the status of this appeal.

121138F.P05

Accordingly, we dismiss the appeal.  *See* TEX. R. APP. P. 42.3(b), (c).


/s/      CAROLYN WRIGHT
CHIEF JUSTICE


121138F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BLUEWATER INTERNATIONAL, INC.,
Appellant

No. 05-12-01138-CV        V.

LUIS SANTANA AND ERNESTO
NARAVEZ-PLACENCIA, Appellees

On Appeal from the 101st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-11-12092.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Lewis participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees LUIS SANTANA AND ERNESTO NARAVEZ-PLACENCIA recover their costs of this appeal from appellant BLUEWATER INTERNATIONAL, INC.

Judgment entered February 20, 2013.

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE